IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. ALIOTO | ) |
| | ) Civil Action No. 06-1545 |
| Plaintiff, | ) |
| | ) JUDGE GARY L. LANCASTER |
| v. | ) |
| | ) Electronically Filed |
| FED EX CORPORATION | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW upon review of Plaintiff's Motion, with Consent, to Amend the Case Caption, it is hereby ORDERED that the caption in this matter is now "RONALD A. ALIOTO v. FEDERAL EXPRESS CORPORATION (d/b/a FedEx Express)"

Dated: 12/21/06

_____
Gary L. Lancaster, Judge