IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| RONALD A. ALIOTO, ) | |
| ) | Civil Action File No. |
| Plaintiff, ) | |
| ) | 06-1545 |
| v. ) | |
| ) | |
| FEDERAL EXPRESS CORPORATION ) | |
| d/b/a FEDEX EXPRESS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff and Defendant in the above-styled action, and, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, stipulate that the above-styled civil action is dismissed with prejudice. The parties further stipulate that they will bear their own attorneys' fees, costs and expenses incurred in this civil action.

Respectfully submitted, this 2nd day of August, 2007.

THE EMPLOYMENT RIGHTS GROUP

*s/Joseph H. Chivers*
Attorney for Plaintiff

*Signed with express permission
by Karen Vaughan McManus*

312 Boulevard of the Allies, Suite 600
Pittsburgh, Pennsylvania 15222-1923
(412) 227-0763

**[SIGNATURES CONTINUED ON NEXT PAGE]**

FEDERAL EXPRESS CORPORATION

*s/Karen Vaughan McManus*
Attorney for Defendant

Legal Department – Litigation
Building B, Second Floor
3620 Hacks Cross Road
Memphis, Tennessee 38125
(901) 434-8320
(901) 434-4523 fax
kvmcmanus@fedex.com

APPROVED, this ___4th___ day of ___Aug___, 2007.

_____
The Honorable Gary L. Lancaster
United States District Judge
Western District of Pennsylvania